UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 20-16242 |
| v. | : | CRIMINAL ACTION |
| Efrain Contreras | : | ORDER OF RELEASE |

The Court orders the defendant, __Efrain Contreras__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other:

/s/ Efrain Contreras                                    12/3/20

DEFENDANT                                               DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_Anthony R. Mautone_

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

12/3/20

DATE